## Commonwealth *v.* Morgan, Appellant.

 Before BARBIERI,
J. 

 Argued December 10,
1968. *John H. Lewis, Jr.,* for appellant; *James D.
Crawford,* Assistant District Attorney, with him *Wal-
ter L. Foulke,* Assistant District Attorney, *Richard A.
Sprague,* First Assistant District Attorney, and *Arlen
Specter,* District Attorney, for Commonwealth, appel-
lee.

Judgment of sentence affirmed.

## Commonwealth *v.* Oglesby, Appellant.

 Before MCDEVITT, III, P. J.,
without a jury. 

 Argued
December 11, 1968. *Melvin Dildine,* Assistant Defend-
er, with him *Herman I. Pollock,* Defender, for appel-
lant; *Paul R. Michel,* Assistant District Attorney, with
him *James D. Crawford,* Assistant District Attorney,
*Richard A. Sprague,* First Assistant District Attorney,
and *Arlen Specter,* District Attorney, for Common-
wealth, appellee.

Judgment of sentence affirmed.